1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MELODY ANN WHITTEMORE,

11              Plaintiff,                    No. CIV S-12-0347 EFB P

12        vs.

13   D. K. JOHNSON,

14              Defendants.              <u>ORDER</u>

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  She requests leave to proceed *in forma pauperis*.

18        Plaintiff alleges a violation of her civil rights in Madera County, California.  Madera

19   County is in the Fresno Division of this court and the action should have been commenced there.

20   *See* Local Rule 120(d).  The court has not yet ruled on plaintiff's request to proceed *in forma*

21   *pauperis*.

22        Accordingly, it is hereby orderd that:

23        1.  This action is transferred to the Fresno Division.

24        2.  The Clerk of Court shall assign a new case number.

25   *////*

26   *////*

1      3.  All future filings shall bear the new case number and shall be filed at:

2            United States District Court
            Eastern District of California
3            2500 Tulare Street
            Fresno, CA 93721

4

5 DATED:  February 28, 2012.

6

                     EDMUND F. BRENNAN
7                   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26