IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELODY ANN WHITTEMORE,

    Plaintiff,                         No. CIV S-12-0347 EFB P

    vs.

D. K. JOHNSON,

    Defendants.                  <u>ORDER</u>

                                /

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. She requests leave to proceed *in forma pauperis*.

        Plaintiff alleges a violation of her civil rights in Madera County, California. Madera County is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 120(d). The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

        Accordingly, it is hereby orderd that:

        1. This action is transferred to the Fresno Division.

        2. The Clerk of Court shall assign a new case number.

////

////

1

1     3. All future filings shall bear the new case number and shall be filed at:

2
         United States District Court
         Eastern District of California
3         2500 Tulare Street
         Fresno, CA 93721

5 DATED: February 28, 2012.

                        /s/ Edmund F. Brennan
                        EDMUND F. BRENNAN
                        UNITED STATES MAGISTRATE JUDGE